LOUIS L. ROSSI, Respondent, v. FRED ROLLANDELLI, Defendant, and ITALO ROLLANDELLI et al., Appellants.— Order unanimously modified by (1) limiting all items in the examination to the year 1947, and thereafter; (2) further striking items 7, 21 and 23 relating to plaintiff's losses personally; (3) limiting item 16 to a profit and loss statement for the years 1947 and 1948 and, as so modified, affirmed. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.